```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
```

JOSE J. GALINAY-CRUZ,

    **Petitioner,**

        v.

UNITED STATES OF AMERICA,

    **Respondent.**

**CIVIL NO.** 09-1644 (JAG)
**Related No.** 03-083 (JAG)

**JUDGMENT**

Pursuant to the Opinion and Order at Docket No. 66, Judgment is hereby entered dismissing this case.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of March, 2013.

                                            <u>S/ Jay A. Garcia-Gregory</u>
                                            JAY A. GARCIA-GREGORY
                                            United States District Judge